**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

Amique Dionne,
*as mother and next friend of N.D.*
      Plaintiff

    V.

Dr. Jonathan Schiller and
Hasbro Children's Hospital
      Defendant

CIVIL ACTION

NO.  1:16-cv-12302-ADB

### ORDER OF DISMISSAL

Burroughs, D. J.

    Pursuant to Fed. R. Civ. P. 4(m), Local Rule 4.1(b), and the Court's earlier electronic order dated February 16, 2017 [ECF No. 4], this case is DISMISSED without prejudice.

    By the Court,

    May 2, 2017
    Date

/s/ Mariliz Montes
Deputy Clerk